UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RENEE TIMS, an individual;<br><br>               Plaintiff,<br><br>vs.<br><br>ROLLS-ROYCE MOTOR CARS NA, LLC and DOE 1 through DOE 10 inclusive,<br><br>               Defendants. | CASE NO.: CV 17-1577-GW(AJWx)<br><br>**(Removed from Los Angeles County Superior Court Case No. SC126973)**<br><br>**ORDER RE DISMISSAL WITH PREJUDICE**<br><br>Action filed: January 25, 2017<br>Trial:       None |

## **ORDER**

1. Plaintiff RENEE TIMS and defendant ROLLS-ROYCE MOTOR CARS NA, LLC, by and through their respective attorneys of record, stipulate that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further stipulate that all issues pertaining to costs have been resolved through the parties' settlement agreement.

THEREFORE, IT IS ORDERED that the entire action is dismissed with prejudice.

Dated: <u>July 12, 2017</u>

By: _/s/ George H. Wu_____
     GEORGE H. WU, U.S. DISTRICT JUDGE

# CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on **July 12, 2017**, a true and correct copy of the foregoing **[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE** was filed with the Clerk using the CM/ECF system, which will provide notice to the following counsel of record:

| | |
|---|---|
| George W. Young, Esq.<br>G. Eric Young, Esq.<br>YOUNG & YOUNG<br>620 Newport Center Drive, Suite 1100<br>Newport Beach, California 92660 | **Attorneys for Plaintiff**<br><br>Tel: 844/ 683-8750<br>Fax: 844/572-7150<br>Email:<br>ericyoung@lemonlawprotector.com |

/s/ *Karyn L. Ihara*
Karyn L. Ihara